■ MICHIGAN MUTUAL INSURANCE COMPANY, Respondent, v KAREN A. SUTTON et al., Defendants, and MARK J. GORDON et al., Appellants.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Fudeman, J. (Appeal from Judgment of Supreme Court, Erie County, Fudeman, J.—Declaratory Judgment.) Present—Denman, P. J., Green, Lawton, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY ROBINSON, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Pine, Lawton, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY ROBINSON, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Attempted Assault, 2nd Degree.) Present—Callahan, J. P., Pine, Lawton, Boehm and Davis, JJ.